```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

LEON ROBINSON,                       )
                                     )
     Petitioner,                     )
                                     )
        v.                           )  C.A. No. 04-12254-MLW
                                     )
LOIS RUSSO                           )
                                     )
     Respondent.                     )
```

ORDER

WOLF, D.J.                                           March 16, 2006

On June 22, 2005, this court issued an Order (Docket No. 3) directing the petitioner to file an Amended Petition under 28 U.S.C. §2241 within thirty (30) days of receiving the Order. The court further ordered the petitioner to file an Application to Proceed Without Prepayment of Fees under 28 U.S.C. §1915. To date, no Amended Petition or Application to Proceed Without Prepayment of Fees has been filed.

As petitioner has not complied with the June 22, 2005 Order, it is hereby ORDERED that this case be DISMISSED.

```
                                /s/ MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE
```